OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

U.S. POSTAGE >> PITNEY BOWES

ZIP 78701 $ 000.27⁵
02 1W
0001401682 SEP. 24. 2015

9/17/2015
BUTLER, CEDRIC DEMICHAEL   Tr. Ct. No. W90-01404-T (B)   WR-77,739-03
On this day, the supplemental clerk's record, in response to the order issued by this
Court, has been received and presented to the Court.

Abel Acosta, Clerk

CEDRIC DEMICHAEL BUTLER
LEW STERRETT JUSTICE CENTER
NORTH TOWER
111 W. COMMERCE ST.
DALLAS, TX 75208

75208